AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-MJ-8281-DLB |
| SEAN CHRISTOPHER FINNELL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY ___SP___ D.C.
**Aug 11, 2020**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Sean Cohen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/11/2020__

_____
Judge's signature

City and state: __West Palm Beach, Florida__    Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean R. Cohen (the Affiant), been duly sworn, depose and state as follows:

1.  I am a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since December of 2011. I have a Master of Arts degree in Leadership Studies from the University of Texas at El Paso and have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Among my responsibilities as a Special Agent is the investigation of crimes against children, particularly offenses involving child pornography and the exploitation of children via the Internet. I have received training in the area of child pornography and child exploitation and experienced in having reviewed multiple examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.

2.  The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **SEAN CHRISTOPHER FINNELL** (hereinafter referred to as "**FINNELL**") has violated Title 18, United States Code, Section 2252(a)(4)(B) (possession of child pornography) on or about August 11, 2020.

3. On January 20, 2020, internet service provider Yahoo![1] reported to the National Center for Missing and Exploited Children (NCMEC)[2] information pertaining to the transmission of two images by one of their users, believed to be child exploitative material. Having reviewed the child exploitative material, Yahoo! Submitted the following information about the account user to NCMEC, generating CyberTip 63129382:

| | |
|---|---|
| Name: | Sean Finnell |
| Phone: | 561-***-**** |
| Email Address: | seanfinnell@yahoo.com |
| Additional info: | Alternate Email: seanfinnell**@gmail.com[3] |
| IP address: | 107.87.138.37 |

4. A review of the two images provided by Yahoo! revealed that they appeared to be the same, but with two different file names: image.8-1.jpeg and image.9-1.jpeg. Both files depicted a white female, approximately 10-13 years of age, who is nude with her legs spread open. The child's vagina and anus are exposed to, and are the focus of the camera.

5. On March 14, 2020, AT&T responded to a subpoena regarding the subscriber of IP address 107.87.138.37. AT&T indicated that they were unable to provide subscriber information as they did not maintain records associated with individual accounts or devices with wireless dynamic addresses. AT&T also indicated that this IP address was part of a block of IP addresses used for Internet access and web-based applications for wireless devices, such as web enabled cellphones and air cards.

6. On March 15, 2020, a response was received from AT&T regarding the phone

---

[1] Yahoo! is a web services provider and is owned by Oath Holdings, Inc. Yahoo! offers services such as a web search engine, email service, and chat capability.
[2] NCMEC is a non-profit organization that provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children.
[3] The original phone number and alternate email address are redacted as this affidavit will be public.

number listed on the Cybertip (561-xxx-xxxx). The subscriber was listed as a L.W.[4] with an address in Colorado. The only other contact information listed for L.W. besides the phone number was an AOL email address. Law enforcement emailed L.W. at the AOL email address which went unanswered.

7. On April 2, 2020, law enforcement executed a search warrant for FINNELL's seanfinnell@yahoo.com Yahoo! account. Emails contained within that account contained evidence regarding child pornography. For example, on January 20, 2020 at approximately 0401 UTC seanfinnell@yahoo.com sent an image entitled IMG_0384.JPG to itself at seanfinnell@yahoo.com. Then, a few seconds later a second email with the same image entitled IMG_0384.JPG was sent from seanfinnell@yahoo.com to seanfinnell@yahoo.com. The files were viewed with both files depicting the same white female, approximately 10-13 years of age, who is nude with her legs spread open. The child's vagina and anus are exposed to the camera.

8. In similar fashion, seanfinnell@yahoo.com sent multiple emails to itself on January 15, 2020 containing distinctively titled photographs of 10-13 year-old female children, but were non-pornographic in nature.

9. Other emails with in the seanfinnell@yahoo.com email account were uncovered regarding the user of the account:

    a. emails from Florida Power & Light (FPL) from December 1, 2019 through January 1, 2020 with the subscriber name listed as FINNELL;

    b. an email from Capital One on December 18, 2019 with the account holder listed

---

[4] The name of the phone number's subscriber has been redacted as this affidavit will be public.

       as FINNELL;

  c. an email from Lantana Realty regarding rent being due and FINNELL's worry about Lantana Town code-enforcement issuing code violations;

  d. an email from Public Storage in Lantana, FL with the same phone number and seanfinnell@yahoo.com email address as contained in the Yahoo! Cybertip;

  e. emails from customerservice@lantana.org dated December 3, 2019 and January 7, 2020 regarding water service at 203 E. Lantana Rd. #9, Lantana, FL 33462.

  f. The account maintained an email from Apple regarding Apple ID seanfinnell@yahoo.com.

  g. An email from AT&T regarding an account with user ID "finnell474075".

10. Information received from Public Storage in Lantana, Florida confirmed FINNELL has a storage unit at that facility in his name. The account information lists FINNELL's 203 E. Lantana Rd. #9, Lantana, FL 33462.

11. Law enforcement verified with the Town of Lantana that water service utility was activated on March 15, 2019 at 203 E Lantana Rd., Apt #9, Lantana, FL 33462 and was still active as of August 11, 2020 with the account belonging to FINNELL (DOB 11/\*\*/1970), who provided his Florida Driver's License number F540783\*\*\*\*\*\* as identification when the account was established.

12. On August 11, 2020, Lantana Police Department (LPD) and Homeland Security Investigation, West Palm Beach (HSI/WP), executed a state search warrant at FINNELL's residence at 203 East Lantana Road, Apt #9, Lantana, FL 33462 and a separate search warrant for

any electronic devices that may be on his person. FINNELL lived alone and offered the same. Law enforcement recovered an FPL bill in FINNELL's name for that address. Twenty items were seized including iPhones, iPads, an Apple computer, external hard drives and other items; several of these containing pornographic images of children engaging in sexually explicit acts.

13. In a silver 32GB iPad, with a clear case, there is a photograph in which an adult male penis was touching the pubic area of a prepubescent female. The girl's body was visible from below her belly button to her buttocks, and the male's stomach, penis, and portions of his upper legs are visible. A second image found on that device was of a young, prepubescent female sitting on top of a male, while touching the male's penis with both of her hands. The young female is wearing a pink, purple and yellow top with flowers on it.

14. A second iPad with serial number DMPPREQBFK14, contained approximately 1,048 images within the "My Albums" folder. A majority of the images contain child pornography. Two such child pornography images are described as follows. One image appears to be a screenshot of another image, wherein an approximately 7-year-old female, wearing pink pajamas, is grasping an adult, erect penis with her hand. In a second image that also appears to be a screenshot of an image, two minor females, approximately 7 years in age, were laying on their backs with their legs open, while a nude adult male positioned himself between one of the girls, inserting his penis into her vagina.

15. FINNELL agreed to be interviewed and the following are from his post-*Miranda* statements. When an LPD investigator showed FINNELL a print out of image IMG_0384.JPG, which was sent from seanfinnell@yahoo.com to seanfinnell@yahoo.com, FINNELL stated the female looked to be approximately 14 years old. FINNELL said that he found the child

pornographic photographs by searching in an internet browser and clicking on links. FINNELL stated that he transmitted child pornographic material between his multiple devices by sending messages to his various devices from his other electronic devices.

16. Previous to this, there were three (3) other Cybertips in 2018 related to Instagram accounts in the name of "Sean FINNELL." During those investigations, FINNELL was identified via subscriber information from a different AT&T phone number. One of the images in these Cybertips depicted a pubescent white female who was nude on a bed straddling a pre-pubescent white male (approx. 2-3 years old). Based upon this, law enforcement made contact with FINNELL at his 203 E Lantana RD, Apt# 9, Lantana, FL residence in November 2019. He was very evasive and uncooperative. FINNELL was made aware of the Instagram Cybertips. When asked if he knew what child pornography was, he stated "that's a touchy subject." When he was asked what he meant by this, FINNELL went on to discuss child molestation and said it depends on "how you measure it" and said people put labels on so many things.

17. Your affiant is also aware of a law enforcement investigation from January 29, 2020 at approximately 2:47pm. Law enforcement responded to a suspicious person incident at 5300 Lantana Rd in reference to a 10-year-old child who called 911. The child stated he and other children were at the bus stop waiting for their parents to pick them up from school when an unknown male approached them and began harassing them. The caller stated that the unknown male had something in a bag. Upon law enforcements arrival, the subject was identified as FINNELL who was dismissed from the area.

18. Based upon the foregoing facts and my training and experience, I submit that there is probable cause to believe that Sean Christopher FINNELL violated Title 18, United States Code, Section 2252(a)(4)(B) (possession of child pornography) on the dates provided herein.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
SEAN R. COHEN
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me
this __11__ day of August 2020.

*[signature]*
HONORABLE DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   SEAN CHRISTOPHER FINNELL

**Case No:**   20-MJ-8281-DLB

Counts #: 1 – ___

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)

**\*Max. Penalty:**   20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

   **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-MJ-8281-DLB

### BOND RECOMMENDATION

DEFENDANT: SEAN CHRISTOPHER FINNELL

Pre-Trial Detension

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller*
AUSA:   Gregory Schiller

Last Known Address: 203 E. Lantana Rd., Apt 9

Lantana, FL 33462

What Facility:

Agent(s): HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-MJ-8281-DLB

**UNITED STATES OF AMERICA**

v.

**SEAN CHRISTOPHER FINNELL**

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    ___ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Gregory Schiller_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0648477
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    561-209-1045
Fax:
Email:   gregory.schiller@usdoj.gov